## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IV Media, LLC, a Minnesota limited liability company, and IV Media Properties, LLC, a Minnesota limited liability company, | Adv. Pro. No. 25-03043 (WJF) |
| Plaintiffs, | |
| v. | **NOTICE OF OBJECTION TO REMOVAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA** |
| Pontus IMB Portfolio, LLC, a Delaware limited liability company, and Pontus Net Lease Advisors, LLC, a Delaware limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT IV Media, LLC ("IV Media"), and IV Media Properties, LLC ("IV Properties") have noticed their objection to the removal of this action from the United States District Court for the District of Minnesota to this Court as part of their notice of special appearance (ECF No. __), submit that this Court lacks subject-matter jurisdiction, and will file an appropriate response.

IV Media and IV Properties do not consent to entry of final orders or judgment by the Bankruptcy Court.

128821792.1 0084549-00001

|  |  |
|---|---|
|  | **STOEL RIVES LLP** |
| DATED: May 6, 2025 | *s/ Marc A. Al* |
|  | Marc A. Al  (247923) |
|  | 33 South Sixth Street, Suite 4200 |
|  | Minneapolis, MN  55402 |
|  | Telephone:  (612) 373-8801 |
|  | Facsimile:   (612) 373-8881 |
|  | marc.al@stoel.com |
|  |  |
|  | Bryan T. Glover |
|  |     (Washington State Bar No. 51045) |
|  |     (*pro hac vice* petition to be submitted) |
|  | Brandon E. Lira |
|  |     (Illinois State Bar No. 6338242; |
|  |     Texas State Bar No. 24127530; |
|  |     Kentucky State Bar No. 100654) |
|  |     (*pro hac vice* petition to be submitted) |
|  | 600 University Street, Suite 3600 |
|  | Seattle, WA  98101 |
|  | bryan.glover@stoel.com |
|  | brandon.lira@stoel.com |
|  |  |
|  | **COUNSEL FOR IV MEDIA, LLC, AND IV MEDIA PROPERTIES, LLC** |