# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IV Media, LLC, a Minnesota limited liability company, and IV Media Properties, LLC, a Minnesota limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>Pontus IMB Portfolio, LLC, a Delaware limited liability company, and Pontus Net Lease Advisors, LLC, a Delaware limited liability company,<br><br>      Defendants. | Adv. Pro. No. 25-03043 (JWF)<br><br>**RULE 7007.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Bankr. P. 7007.1, IV Media, LLC ("IV Media") and IV Media Properties, LLC ("IV Properties," and together with IV Media, "Plaintiffs"), appearing specially, state that the corporate parent of IV Media is Simplify Inventions, LLC, a Delaware limited liability company, that the corporate parent of IV Properties is IV Media Holdco, LLC, a Minnesota limited liability company, and that no publicly held company holds 10% or more of Plaintiffs' membership interests.

128818422.1 0084549-00001

|  |  |
|---|---|
| | **STOEL RIVES LLP** |
| DATED: May 7, 2025 | *s/ Marc A. Al* <br> Marc A. Al  (247923) <br> 33 South Sixth Street, Suite 4200 <br> Minneapolis, MN  55402 <br> Telephone:  (612) 373-8801 <br> Facsimile:   (612) 373-8881 <br> marc.al@stoel.com <br><br> Bryan T. Glover <br>    (Washington State Bar No. 51045) <br>    (*pro hac vice* petition to be submitted) <br> Brandon E. Lira <br>    (Illinois State Bar No. 6338242; <br>    Texas State Bar No. 24127530; <br>    Kentucky State Bar No. 100654) <br>    (*pro hac vice* petition to be submitted) <br> 600 University Street, Suite 3600 <br> Seattle, WA  98101 <br> bryan.glover@stoel.com <br> brandon.lira@stoel.com <br><br> **COUNSEL FOR IV MEDIA, LLC, AND IV MEDIA PROPERTIES, LLC** |